# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00472-CV

**In re Daniel Montes**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## O R D E R

**PER CURIAM**

We grant in part Daniel Montes's Emergency Motion for a Stay of Proceedings. Pending further order of this Court, we stay in part the effect and enforcement of the Order signed on July 24, 2015 in Hays County Court at Law No. 1, cause number 14-0132-P, styled *In re the Estate of Ricardo Perez Hernandez, Deceased*. We stay only the enforcement of the provision requiring Montes to return property described on pages one and two in that order to the attorney for the Estate by 4:00 p.m. on August 10, 2015. Montes shall not otherwise dispose of that property, but is not required to return it to the attorney for the Estate pending further order of this Court.

It is ordered on August 7, 2015.

Before Chief Justice Rose, Justices Pemberton and Field